1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10

MATCONUSA LP,

CASE NO. C19-1952JLR-TLF

11

            Plaintiff,

ORDER ON STIPULATED
MOTION

   v.

12

13

HOUSTON CASUALTY
COMPANY,

14

         Defendant.

15

## **STIPULATION**

16

    Pursuant to Local Rule 7(j) Plaintiff MatconUSA LP and Defendant Houston

17

Casualty Company ("Defendant"), respectfully submit this stipulated motion for extension

18

of time for Defendant to join additional parties in this action through and including May

19

28, 2020 and, in support thereof, state as follows:

20

    1.    The current deadline to join addition parties is April 28, 2020.

21

22

ORDER - 1

1       2.      Good cause exists to extend the deadline because initial discovery identified

2    entities who are potentially at fault and might need to be added to the lawsuit as defendants.

3    Defendant is engaged in additional discovery directed at those non-parties to determine

4    whether they should be added.  Defendant should know the answer within the next month.

5       3.      Subject to Court approval, the Parties stipulate and agree, by and through

6    their undersigned counsel, that the deadline to join additional parties in this action is

7    extended to May 28, 2020.

8       RESPECTFULLY SUBMITTED this 28th day of April, 2020.

9    HARPER | HAYES PLLC                          GORDON REES SCULLY
                                                  MANSUKHANI LLP
10
     By: *s/Gregory L. Harper*                    By: *s/Neal J. Philip*
11   Gregory L. Harper, WSBA No. 27311            Neal J. Philip, WSBA No. 22350
     Thomas M. Williams, WSBA No. 47654           Kyle J. Silk-Eglit, WSBA No.
12   greg@harperhayes.com                         43177
     twilliams@harperhayes.com                    nphilip@grsm.com
13   Attorneys for Plaintiff                      ksilkeglist@gsrm.com
                                                  Attorneys for Defendant
14

15                                  **ORDER**

16

17      It is so ORDERED.

18      The deadline to add additional parties is extended to May 28, 2020.

        DATED April 29, 2020.
19

20

21      _____
        JAMES L. ROBART
22      United States District Judge

ORDER - 2