IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MATCONUSA LP, a Washington limited partnership,<br><br>Plaintiff,<br><br>v.<br><br>HOUSTON CASUALTY COMPANY, a foreign insurance company,<br><br>Defendant. | NO. 2:19-cv-01952-JLR<br><br>STIPULATED MOTION AND ORDER EXTENDING DEADLINE TO JOIN ADDITIONAL PARTIES<br><br>NOTE ON MOTION CALENDAR:<br>MAY 28, 2020 |

**STIPULATION**

Pursuant to Local Rule 7(j), Plaintiff MatconUSA LP and Defendant Houston Casualty Company ("Defendant") respectfully submit this stipulated motion for extension of the deadline to join additional parties in this action through and including June 28, 2020 and, in support thereof, state as follows:

1. The current deadline to join addition parties is May 28, 2020 [Dkt. 24].

2. Good cause exists to extend the deadline because continued discovery identified entities who are potentially at fault and might need to be added to the lawsuit as defendants.

STIPULATED MOTION AND ORDER
EXTENDING DEADLINE
TO JOIN ADDITIONAL PARTIES - 1
Case No. 2:19-cv-01952-JLR

**GORDON REES SCULLY
MANSUKHANI, LLP**
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

The Parties are engaged in additional discovery directed at those non-parties to determine whether they should be added. Although the non-parties have produced some documents in response to Defendant's subpoenas, those documents are requiring follow-up that makes an extension necessary.

3. Subject to Court approval, the Parties stipulate and agree, by and through their undersigned counsel, that the deadline to join additional parties in this action should be extended to June 28, 2020.

RESPECTFULLY SUBMITTED this 28th day of May, 2020.

| HARPER | HAYES PLLC | GORDON REES SCULLY MANSUKHANI LLP |
|---|---|
| By: *s/Thomas M. Williams*<br>Gregory L. Harper, WSBA No. 27311<br>Thomas M. Williams, WSBA No. 47654<br>greg@harperhayes.com<br>twilliams@harperhayes.com<br>Attorneys for Plaintiff | By: *s/Neal J. Philip*<br>Neal J. Philip, WSBA No. 22350<br>Kyle J. Silk-Eglit, WSBA No. 43177<br>nphilip@grsm.com<br>ksilkeglist@gsrm.com<br>Attorneys for Defendant |

STIPULATED MOTION AND ORDER
EXTENDING DEADLINE
TO JOIN ADDITIONAL PARTIES - 2
Case No. 2:19-cv-01952-JLR

**GORDON REES SCULLY MANSUKHANI, LLP**
701 5th Avenue, Suite 2100
Seattle, WA  98104
Telephone:  (206) 695-5100
Facsimile:   (206) 689-2822

## ORDER

It is so ORDERED.

The deadline to add additional parties is extended to June 28, 2020.

DATED June 2, 2020.

_____
JAMES L. ROBART
United States District Judge

STIPULATED MOTION AND ORDER
EXTENDING DEADLINE
TO JOIN ADDITIONAL PARTIES - 3
Case No. 2:19-cv-01952-JLR

**GORDON REES SCULLY
MANSUKHANI, LLP**
701 5th Avenue, Suite 2100
Seattle, WA  98104
Telephone:  (206) 695-5100
Facsimile:   (206) 689-2822

# CERTIFICATE OF SERVICE

The undersigned declares under penalty of perjury under the laws of the State of Washington that on this date I electronically filed a true and accurate copy of the document to which this declaration is affixed with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following:

*Plaintiff's Attorneys*
Gregory L. Harper, WSBA #27311
Thomas M. Williams, WSBA #47654
600 University Street, Suite 2420
Seattle, WA 98101
Phone: (206) 340-8010
Email: greg@harperhayes.com
    twilliams@harperhayes.com

DATED this 28th day of June, 2020.

 s/Caroline Mundy
Caroline Mundy, Legal Assistant
Email:  cmundy@grsm.com

---

STIPULATED MOTION AND ORDER
EXTENDING DEADLINE
TO JOIN ADDITIONAL PARTIES - 4
Case No. 2:19-cv-01952-JLR

**GORDON REES SCULLY MANSUKHANI, LLP**
701 5th Avenue, Suite 2100
Seattle, WA  98104
Telephone:  (206) 695-5100
Facsimile:   (206) 689-2822