UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MATCONUSA LP,<br><br>Plaintiff,<br><br>v.<br><br>HOUSTON CASUALTY<br>COMPANY, et al.,<br><br>Defendants. | CASE NO. C19-1952JLR-TLF<br><br>ORDER GRANTING MOTION<br>FOR TRIAL CONTINUANCE |

Before the court is Defendant Houston Casualty Company's ("HCC") motion to continue the trial date and amend the case schedule. (Mot. (Dkt. # 51).) HCC requests a six-month continuance of the trial date and related deadlines to accommodate additional discovery after Plaintiff MatconUSA LP added two new defendants to this action. (*See id.*; *see also* Silk-Eglit Decl. (Dkt. # 52) ¶¶ 3-8.) MatconUSA, Defendant Crum and Forster Specialty Insurance Company, and Defendant Marsh USA, Inc. do not oppose HCC's motion. (*See* Silk-Eglit Decl. ¶¶ 9-10 & Ex. 1.)

ORDER - 1

1     Pursuant to Federal Rule of Civil Procedure 16(b)(4), "[a] schedule may only be
2 modified for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). Having
3 considered HCC's motion, its submissions regarding the motion, and the relevant
4 portions of the record, the court finds good cause to grant HCC's request for a trial
5 continuance. Therefore, the court GRANTS HCC's motion to continue the trial date and
6 amend the case schedule (Dkt. # 51). The court sets a new trial date of November 8,
7 2021. The court also DIRECTS the Clerk to issue an amended case schedule consistent
8 with this order.
9     Dated this 17th day of November, 2020.

JAMES L. ROBART
United States District Judge