UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MATCONUSA LP, | CASE NO. C19-1952JLR |
| Plaintiff, | ORDER |
| v. | |
| HOUSTON CASUALTY COMPANY, et al., | |
| Defendants. | |

Before the court is Plaintiff MatconUSA LP's ("MatconUSA") motion to strike the summary judgment motions filed on May 16, 2022 by Defendants Houston Casualty Company ("Houston"), Crum & Forster Specialty Insurance Company ("CFSIC"), and Marsh USA Inc. ("Marsh") (collectively, "Defendants"). (Mot. (Dkt. # 103); *see also* Marsh MSJ (Dkt. # 92); CFSIC MSJ (Dkt. # 93); Houston MSJ (Dkt. # 99).) MatconUSA requests, as an alternative to striking Defendants' motions, that it be permitted leave to file its own motion for summary judgment "to be heard

ORDER - 1

contemporaneously" with Defendants' motions.  (*See* Mot. at 3.)  The court finds that briefing on the summary judgment motions—and contemporaneous consideration of MatconUSA's own motion for summary judgment—would be in the interest of effective case management.  Accordingly, the court GRANTS MatconUSA's request to file a motion for summary judgment and DENIES its request to strike Defendants' motions for summary judgment.  MatconUSA represents that it has already prepared its motion for summary judgment.  (*See id.*)  Therefore, MatconUSA shall file its motion for summary judgment by Thursday, May 19, 2022, and note it for consideration on June 10, 2022.

Dated this 17th day of May, 2022.

JAMES L. ROBART
United States District Judge

ORDER - 2