UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MATCONUSA LP, | CASE NO. C19-1952JLR |
| Plaintiff, | ORDER DENYING MOTION FOR RECONSIDERATION |
| v. | |
| HOUSTON CASUALTY COMPANY, et al., | |
| Defendants. | |

Before the court is Defendant Marsh USA Inc.'s ("Marsh") motion for

reconsideration of the court's June 29, 2022 order granting Plaintiff MatconUSA LP's

("Matcon") motion to exclude Marsh's expert witnesses. (MFR (Dkt. # 127); 6/29/22

Order (Dkt. # 125).) The court DENIES Marsh's motion.

"Motions for reconsideration are disfavored," and the "court will ordinarily deny

such motions in the absence of a showing of manifest error in the prior ruling or a

showing of new facts or legal authority which could not have been brought to its attention

ORDER - 1

1 | earlier with reasonable diligence." Local Rules W.D. Wash. LCR 7(h)(1). Having

2 | reviewed Marsh's motion, the court concludes that Marsh has met neither standard.

3 | Instead, Marsh reiterates the arguments it made in response to Matcon's motion to

4 | exclude (*see* MTE Resp. (Dkt. # 123)) and proposes that the court allow Matcon to

5 | depose Marsh's experts and designate its own experts on the professional standard of care

6 | for OCIP Project Managers (*see* MFR at 1-3).

7 | The court explained its reasons for excluding Marsh's experts as untimely

8 | disclosed in its June 29, 2022 order and nothing in Marsh's motion leads the court to

9 | deviate from its prior reasoning and conclusions. The court also declines Marsh's

10 | invitation to reopen expert discovery at this late stage of the litigation. Trial is set for

11 | August 29, 2022, and the parties have numerous deadlines to meet and deliverables due

12 | between now and then. (*See* 9/24/21 Sched. Ord. (Dkt. # 91).) Therefore, the court

13 | DENIES Marsh's motion for reconsideration (Dkt. # 127).

14 | Dated this 13th day of July, 2022.

15 |

16 |

17 | JAMES L. ROBART
United States District Judge

18 |

19 |

20 |

21 |

22 |

ORDER - 2