UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MATCONUSA LP, | CASE NO. C19-1952JLR |
| Plaintiff, | ORDER |
| v. | |
| HOUSTON CASUALTY COMPANY, et al. | |
| Defendants. | |

Before the court is Plaintiff MatconUSA LP's ("Matcon") motion for reconsideration of the court's July 14, 2022 order on the parties' motions for summary judgment. (MFR (Dkt. # 137); 7/14/22 Order (Dkt. # 129).) Specifically, Matcon contends that the court "committed manifest error by limiting the duty that [Defendant Marsh USA Inc. ("Marsh")] owed Matcon to the exercise of 'reasonable skill, ordinary care, diligence, and good faith *in carrying out the instructions* of Project Stewart and Westbank.'" (MFR at 1 (quoting 7/14/22 Order at 29 (emphasis in MFR)).) Pursuant to

ORDER - 1

1  Local Civil Rule 7(h)(3), the court DIRECTS Marsh to respond to Matcon's motion for

2  reconsideration by no later than Friday, July 29, 2022.  *See* Local Rules W.D. Wash.

3  LCR 7(h)(3).  Marsh's response shall be no longer than six pages in length; shall be

4  limited to the issues discussed in Matcon's motion for reconsideration regarding the

5  scope of the duty Marsh owed to Matcon; and shall not re-argue the position Marsh set

6  forth in its summary judgment briefing that no duty arose until "it was clear that the

7  repair costs for the duct-bank damages would exceed the OCIP's $25,000 deductible"

8  (*see, e.g.*, Marsh MSJ (Dkt. # 92) at 3).  Matcon may file an optional reply of no more

9  than three pages in length by no later than Wednesday, August 3, 2022.  The Clerk is

10 directed to re-note Matcon's motion for reconsideration on August 3, 2022.

11         Dated this 25th day of July, 2022.

                                        _____
                                        JAMES L. ROBART
                                        United States District Judge