UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MATCONUSA LP, | CASE NO. C19-1952JLR |
| Plaintiff, | MINUTE ORDER |
| v. | |
| HOUSTON CASUALTY COMPANY, et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

The court has reviewed the notice of partial settlement filed by Plaintiff MatconUSA LP ("Matcon") and Defendant Crum & Forster Specialty Insurance Company ("CFSIC"). (Not. (Dkt. # 143).) Matcon and CFSIC represent that they have "agreed to a settlement as to all claims between them" and that they expect to file a stipulation of dismissal with prejudice as to those claims within 30 days. (*Id.* at 1.) They

MINUTE ORDER - 1

ask the court to vacate the trial date and all pretrial deadlines with respect to Matcon's claims against CFSIC. (*Id.* at 1-2 (citing Sched. Ord. (Dkt. # 91).) The court GRANTS this request and VACATES the trial date and pretrial deadlines set forth in the court's scheduling order with respect to Matcon's claims against CFSIC only. The trial date and pretrial deadlines remain unchanged with respect to the remaining Defendants.

Filed and entered this 29th day of July, 2022.

RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2