UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MATCONUSA LP, | CASE NO. C19-1952JLR |
| Plaintiff, | ORDER |
| v. | |
| HOUSTON CASUALTY COMPANY, et al., | |
| Defendants. | |

Before the court is Plaintiff MatconUSA LP's ("Matcon") motion for reconsideration of the court's order granting Defendant MarshUSA Inc,'s ("Marsh") Motion in Limine ("MIL") 1. (MFR (Dkt. # 158); *see* 8/16/22 Order (Dkt. # 157) at 3.) Pursuant to Local Rule 7(h)(3), the court DIRECTS Marsh to file a response to Matcon's motion for reconsideration by no later than **noon on Friday, August 19, 2022**. *See* Local Rules W.D. Wash. LCR 7(h)(3). In its response, Marsh shall address both Matcon's motion for reconsideration and its request for alternative relief under Federal Rule of

ORDER - 1

Civil Procedure 54(b).  Matcon shall file its reply, if any, by no later than **5:00 p.m. on Monday, August 22, 2022**.

Dated this 17th day of August, 2022.

JAMES L. ROBART
United States District Judge

ORDER - 2