UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MATCONUSA LP, | CASE NO. C19-1952JLR |
| Plaintiff, | MINUTE ORDER |
| v. | |
| HOUSTON CASUALTY COMPANY, et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

The court is concerned about the state of the parties' preparedness to present this case to a jury. Thus, the court is considering continuing the trial date to allow the parties additional time to prepare their cases. The court sets a telephonic status conference to discuss continuing trial on **Tuesday, August 23, 2022, at 9:00 a.m**. Any continuation of

MINUTE ORDER - 1

the trial date will not include a continuation of discovery deadlines, and the current pretrial deadlines will remain in place unless and until the court orders otherwise.

Filed and entered this 17th day of August, 2022.

RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2