UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MATCONUSA LP, | CASE NO. C19-1952JLR |
| Plaintiff, | MINUTE ORDER |
| v. | |
| HOUSTON CASUALTY COMPANY, et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

The court is in receipt of Plaintiff MatconUSA LP's ("Matcon") motion for limited reopening of discovery and a trial continuance. (Mot. (Dkt. # 179).) Matcon represents that the Underlying Lawsuit in King County Superior Court has now settled. (*Id.* at 1; *see* Sleight Decl. (Dkt. # 180) ¶ 11, Ex. H ("Settlement Agreement").) It asks the court to continue the trial date in this matter to allow it to pursue its indemnity claim

MINUTE ORDER - 1

against Defendant Houston Casualty Company ("Houston") and to allow Houston "a reasonable opportunity" to conduct discovery relating to that claim. (Mot. at 4-6.)

Matcon noted its motion on September 2, 2022, in accordance with the court's local rules. (*See id.* at 1); see Local Rules W.D. Wash. LCR 7(d)(2). The parties' trial, however, is currently set to begin on September 12, 2022, and key pretrial filings are due on August 30 and September 2, 2022. Therefore, in the interest of judicial efficiency, the court ORDERS as follows:

1. Houston shall file a letter responding to Matcon's motion by no later than **Monday, August 29, 2022, at 5:00 p.m.** In its letter, Houston shall address (1) its position regarding adding Matcon's indemnity claim to the trial; (2) the scope of discovery it anticipates it would need to defend against Matcon's indemnity claim, including estimates of numbers of depositions and other discovery it may require; and (3) how long it anticipates it would need to conduct this discovery and prepare its defense of Matcon's indemnity claim.

2. The court will conduct a hearing on Matcon's motion by Zoom.gov teleconference on **Tuesday, August 30, 2022, at 2:00 p.m.**

Filed and entered this 26th day of August, 2022.

RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2