THE HONORABLE JAMES L. ROBART

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# IN SEATTLE

| | |
|---|---|
| MATCONUSA LP, a Washington limited partnership,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>HOUSTON CASUALTY COMPANY, a foreign insurance company; and MARSH USA INC., a foreign corporation,<br><br>　　　　　　　Defendants. | No. C19-1952JLR<br><br>JOINT MOTION AND [~~PROPOSED~~] ORDER TO DISMISS DEFENDANT CRUM & FORSTER SPECIALTY INSURANCE COMPANY WITH PREJUDICE AND WITHOUT COSTS<br><br>**NOTE ON MOTION CALENDAR: NOVEMBER 22, 2022** |

## I.  MOTION

Plaintiff MatconUSA LP and Defendant Crum & Forster Specialty Insurance Company, by and through their respective attorneys of record, jointly move to dismiss all claims against Crum & Forster Specialty Insurance Company in this action, with prejudice, with the parties bearing their own costs and attorneys' fees.

JOINT MOTION AND [~~PROPOSED~~] ORDER TO DISMISS DEFENDANT CRUM & FORSTER SPECIALTY INSURANCE COMPANY WITH PREJUDICE AND WITHOUT COSTS - 1

**CASE NO. C19-1952-JLR**

**H**ARPER | **H**AYES PLLC
1200 Fifth Avenue, Suite 1208
Seattle, Washington 98101
Telephone: 206-340-8010

DATED this 22nd day of November 2022.

| HARPER | HAYES PLLC | LETHER LAW GROUP |
|---|---|

By: s/ *Gregory L. Harper*
    Gregory L. Harper, WSBA No. 27311
    Thomas M. Williams, WSBA No. 47654
    1200 Fifth Avenue, Suite 1208
    Seattle, WA 98101
    206-340-8010
    greg@harperhayes.com
    twilliams@harperhayes.com
    Attorneys for Plaintiff

By: s/ *Sam Colito*
    Thomas L. Lether, WSBA No. 18089
    Sam Colito, WSBA No. 42529
    Kasie Kashimoto, WSBA No. 54268
    1848 Westlake Avenue N, Ste. 100
    Seattle, WA 98109
    (206) 467-5444
    tlether@letherlaw.com
    scolito@letherlaw.com
    kkashimoto@letherlaw.com
    Attorneys for Defendant Crum & Forster Specialty Insurance Company

## II. ORDER

Based on the above joint motion, IT IS ORDERED:

All claims by Plaintiff MatconUSA LP against Defendant Crum & Forster Specialty Insurance Company are dismissed with prejudice, with the parties bearing their own costs and attorneys' fees.

DATED THIS 23rd day of November, 2022.

_____
JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

//
//
//
//

JOINT MOTION AND [PROPOSED] ORDER TO DISMISS DEFENDANT CRUM & FORSTER SPECIALTY INSURANCE COMPANY WITH PREJUDICE AND WITHOUT COSTS - 2

**H**ARPER | **H**AYES PLLC
1200 Fifth Avenue, Suite 1208
Seattle, Washington 98101
Telephone: 206-340-8010

**CASE NO. C19-1952-JLR**

Presented by:

| | |
|---|---|
| HARPER \| HAYES PLLC | LETHER LAW GROUP |
| By: s/ *Gregory L. Harper*<br>    Gregory L. Harper, WSBA No. 27311<br>    Thomas M. Williams, WSBA No. 47654<br>    Attorneys For Plaintiff | By: s/ *Sam Colito*<br>    Thomas L. Lether, WSBA No. 18089<br>    Sam Colito, WSBA No. 42529<br>    Kasie Kashimoto, WSBA No. 54268<br>    Attorneys for Defendant Crum &<br>    Forster Specialty Insurance Company |

JOINT MOTION AND [PROPOSED] ORDER TO DISMISS DEFENDANT CRUM & FORSTER SPECIALTY INSURANCE COMPANY WITH PREJUDICE AND WITHOUT COSTS - 3

**CASE NO. C19-1952-JLR**

HARPER | HAYES PLLC
1200 Fifth Avenue, Suite 1208
Seattle, Washington 98101
Telephone: 206-340-8010