UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MATCONUSA LP, | CASE NO. C19-1952JLR |
| Plaintiff, | MINUTE ORDER |
| v. | |
| HOUSTON CASUALTY COMPANY, et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

Before the court is Defendant Houston Casualty Company's ("Houston") reply in support of its motion for partial summary judgment. (Reply (Dkt. # 221); *see* Mot. (Dkt. # 212).) In its reply, Houston moves the court to strike certain statements and testimony from the Rule 30(b)(6) deposition of non-party Graham Construction that Plaintiff MatconUSA LP ("Matcon") cited in its response to the motion for summary judgment.

MINUTE ORDER - 1

(Reply at 1-4; *see generally* Resp. (Dkt. # 215).)  Because Houston included its motion to strike in its reply, Matcon has not had an opportunity to respond to that motion.  *See* Local Rules W.D. Wash. LCR 7(g) (authorizing surreplies solely for the purpose of asking the court to strike material contained in a reply brief).

In light of the importance of the cited statements and Graham Construction's Rule 30(b)(6) deposition to Matcon's response to the motion for summary judgment, the court ORDERS that Matcon may file an optional surreply by no later than **February 6, 2023**, for the sole purpose of responding to Houston's motion to strike.  Matcon's surreply shall not exceed three pages in length.  The court DIRECTS the Clerk to renote Houston's motion for partial summary judgment (Dkt. # 212) on February 6, 2023.

Filed and entered this 1st day of February, 2023.

RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2