UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MATCONUSA LP,<br><br>        Plaintiff,<br>   v.<br><br>HOUSTON CASUALTY<br>COMPANY, et al.,<br><br>        Defendants. | CASE NO. C19-1952JLR<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

Before the court is Defendant Houston Casualty Company's ("Houston") notice of intent to file a surreply regarding its motion for a partial summary judgment. (Not. (Dkt. # 229); MPSJ (Dkt. # 212).) Although Houston styled its filing as a "notice," it seeks leave to file its own surreply to Plaintiff MatconUSA LP's ("Matcon") surreply, which, Houston contends, includes new evidentiary material that is not appropriate to file with a

MINUTE ORDER - 1

surreply.  (Not.; *see* Surreply (Dkt. # 226); Heath Decl. (Dkt. # 227); Williams Decl. (Dkt. # 228).)  The court GRANTS Houston's request to file a surreply for the sole purpose of moving to strike material in Matcon's surreply that it contends is "extraneous and inadmissible."  (*See* Not. at 2.)  Houston's surreply shall be filed by no later than **Friday, February 17, 2023**, and shall not exceed **1,050** words in length.  *See* Local Rules W.D. Wash. LCR 7(g).  The Clerk is DIRECTED to renote Houston's motion for partial summary judgment (Dkt. # 212) on February 17, 2023.

      Filed and entered this 13th day of February, 2023.

                                    RAVI SUBRAMANIAN
                                    Clerk of Court

                                    s/ Ashleigh Drecktrah
                                    Deputy Clerk