1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT
                           WESTERN DISTRICT OF WASHINGTON
                                     AT SEATTLE

9

10    MATCONUSA LP,                                CASE NO. C19-1952JLR

11                            Plaintiff,           MINUTE ORDER

                   v.

12

13    HOUSTON CASUALTY
      COMPANY, et al.,

14
                              Defendants.

15

16        The following minute order is made by the direction of the court, the Honorable

      James L. Robart:

17

18        Before the court is Defendant Houston Casualty Company's ("Houston") motion

19    for partial summary judgment regarding Plaintiff Matcon USA LP's ("Matcon") claim

20    for indemnity benefits and Matcon's response thereto.  (Mot. (Dkt. # 212); Resp. (Dkt.

21    # 215).)  Houston asserts that Matcon cannot prove that non-party Graham Construction

22    & Management, Inc.'s ("Graham") damages in the underlying King County Superior

MINUTE ORDER - 1

1  Court lawsuit were the result of "property damage" within the meaning of the parties'

2  insuring agreement because "[t]here is no admissible evidence from the City [of Seattle]

3  that it shut down the Project due to [Matcon's] duct bank strikes."  (Reply (Dkt. # 221[1])

4  at 6; *see also id.* (asserting that none of the evidence cited in Matcon's response

5  establishes that any indemnity liability arose from the duct bank strikes).)

6          The court notes, however, that the parties jointly admitted in their agreed pretrial

7  order that:

8          By or before October 25, 2018, Seattle City Light had ordered a "shutdown"
          of the Project *as a result of the ductbank strikes*, and it was not willing to lift
9          the shutdown until they had a redesign that showed the tie-backs missing all
          of the utilities under the street.
10

11  (Pretrial Order (Dkt. # 183) at 8, ¶ 22 (emphasis added).)  Neither Matcon nor Houston,

12  however, cited this admission in their briefing on Houston's motion for partial summary

13  judgment.  (*See generally* Mot.; Resp.; Reply; Matcon Surreply (Dkt. # 226); Houston

14  Surreply (Dkt. # 234).)

15          The court ORDERS Houston and Matcon to file concurrent supplemental briefs

16  addressing the effect, if any, of their joint admission regarding Seattle City Light's reason

17  for shutting down the Project on Houston's motion for partial summary judgment.  The

18  parties shall file supplemental briefs of no more than 1050 words in length by no later

19  than **Wednesday, March 15, 2023**.  The court DIRECTS the Clerk to re-note Houston's

20  motion for partial summary judgment (Dkt. # 212) for March 15, 2023.

21          [1] The operative version of Houston's reply is attached to a praecipe to correct a
previously-filed version of its reply.  (*See* Praecipe (Dkt. # 221).)  When citing Houston's reply,
22  the court refers to the page numbers that appear in the footer of the reply.

1   Filed and entered this 9th day of March, 2023.

2                                   RAVI SUBRAMANIAN
                                    Clerk of Court
3

4                                   s/ Ashleigh Drecktrah
                                    Deputy Clerk
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

MINUTE ORDER - 3